IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOGBODIE MARIE NORTHCUTT-HOOK
ADC # 709856                                                           PLAINTIFF

V.                              No. 1:10CV00072-BSM-BD

WILLIAM A. JONES, et al.                                               DEFENDANTS

## RECOMMENDED DISPOSITION

I.      **Procedure for Filing Objections**:

The following recommended disposition has been sent to United States District

Court Judge Brian S. Miller.  Any party may serve and file written objections to this

recommendation.  Objections should be specific and should include the factual or legal

basis for the objection.  If the objection is to a factual finding, specifically identify that

finding and the evidence that supports your objection.  An original and one copy of your

objections must be received in the office of the United States District Court Clerk no later

than fourteen (14) days from the date of this Recommended Disposition.  A copy will be

furnished to the opposing party.  Failure to file timely objections may result in waiver of

the right to appeal questions of fact.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

II.     **Background**:

On September 13, 2010, Plaintiff, an inmate incarcerated at the Arkansas

Department of Correction, filed this lawsuit under 42 U.S.C. § 1983.  (Docket entry #2)

She was granted leave to proceed *in forma pauperis* on October 5, 2010, after being

directed, by Order of September 15, 2010, to submit a complete application.

In the September 15 Order, Plaintiff was also instructed to file an Amended

Complaint with additional information about her claims.  Her original  Complaint did not

include enough factual allegations to state a claim for relief.  Plaintiff was given thirty

days to file her amended complaint and was told that failure to comply with the Court's

order could result in dismissal of her case.  She has not filed an Amended Complaint, and

the time allowed has passed.

III.    **Conclusion**:

The Court recommends that the District Court dismiss the complaint without

prejudice, under Local Rule 5.5(c)(2), for failure to fully comply with the Court's order of

September 15, 2010.

DATED this 9th day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE