# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

**JOGBODIE MARIE NORTHCUTT-HOOK,**
**ADC # 709856**                                                                            **PLAINTIFF**

**v.**                          **CASE NO. 1:10CV00072 BSM/BD**

**WILLIAM A. JONES, et al.**                                                **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Beth Deere have been reviewed. No objections were filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that plaintiff's complaint is dismissed without prejudice under Local Rule 5.5(c)(2), for failure to fully comply with the order dated September 15, 2010.

Dated this 25th day of April, 2011.

*[signature]*
UNITED STATES DISTRICT JUDGE