# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### BATESVILLE DIVISION

**JOGBODIE MARIE NORTHCUTT-HOOK,**
**ADC # 709856**                                                                            **PLAINTIFF**

**v.**                 **CASE NO. 1:10CV00072 BSM/BD**

**WILLIAM A. JONES, et al.**                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 25th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE